In re Charity Hosp. of LA at N.O.; Le-berte, Mark M.D.; Summers, Warren M.D.; Klein, Russell M.D.; Delaney, Patrick M.D.; Swerwonska, Maria M.D.; Maso, C. M.D.; Wells, W. M.D.; Hernandez, Richard M.D.; Champagne, Kenneth M.D.; Sottara, Victor M.D.; Rohr, W.B. M.D.; Boudreaux, Phillip M.D.; Tandron, Ileana M.D.; Jones, Susan Ann M.D.; applying for writ of cer-tiorari and/or review and supervisory *370 writs; Parish of Orleans, Civil District Court, Div. “A”, No. 84-21050; to the Court of Appeal, Fourth Circuit, No. CW-8939.
Demed.